

# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2015

No. 04-14-00514-CV

**IN THE INTEREST OF R.E.S**. and R.K.S.,
Appellants
From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-04448
Honorable Gloria Saldana, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file her reply brief is GRANTED. Appellant's reply brief is due June 24, 2015. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court